NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JENNIE BUZIAK, and STATE FARM          )
MUTUAL AUTOMOBILE INSURANCE       )
COMPANY,                                               )
                                                               )
                    Appellants,                        )
                                                               )
v.                                                             )      Case No. 2D17-4689
                                                               )                   2D18-387
AMALIA DIAZ,                                        )
                                                               )      CONSOLIDATED
                    Appellee.                          )
_____)

Opinion filed August 21, 2019.

Appeal from the Circuit Court for Polk
County; Donald G. Jacobsen, Judge.

Sarah Lahlou-Amine, Charles W. Hall, and
DeeAnn J. McLemore of Banker Lopez
Gassler P.A., Tampa, for Appellants.

George A. Vaka, Nancy A. Lauten, and Kurt
Jairo Rosales of Vaka Law Group, Tampa,
for Appellee.


PER CURIAM.


            Affirmed.


KELLY, SLEET, and BADALAMENTI, JJ., Concur.